IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00342-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRANDON HAMILTON,

    Defendant.

_____

**MINUTE ORDER**

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**
_____

**Entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed on December 2, 2010 [Docket No. 43. A Change of Plea hearing is set for **December 16, 2010 at 10:30 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. It is further

    ORDERED that the Motions Hearing previously scheduled for December 2, 2010 at 3:00 p.m. is VACATED.

    DATED December 1, 2010.